**Lawrence BRIGHTMAN,
Petitioner–Appellee,**

**v.**

**Maryellen THOMS, Warden,
Respondent–Appellant.**

**No. 00–6417.**

United States Court of Appeals,
Sixth Circuit.

July 17, 2001.

Before KRUPANSKY, RYAN, and SILER, Circuit Judges.

Respondent Maryellen Thoms appeals a district court order granting a petition for a writ of habeas corpus filed by this federal prisoner under 28 U.S.C. § 2241. This case was held in abeyance pending a decision in the Supreme Court's case of *Lopez v. Davis,* No. 99–7504, and this court's case of *Powell v. Thoms,* No. 99–5974. These cases have now been decided. *See Lopez v. Davis,* 531 U.S. 230, 121 S.Ct. 714, 718, 148 L.Ed.2d 635 (2001); *Powell v. Thoms,* No. 99–5974 (6th Cir. April 5, 2001) (unpublished order). The government has filed a notification regarding the status of petitioner Brightman.

Upon consideration, we conclude that the district court is in a better position to resolve the impact of the *Lopez* decision upon this case than we are. *See Hardy v. Sec'y for Dep't of Corrs.,* 246 F.3d 1300,

1301 (11th Cir.2001) (per curiam). Therefore, it is sua sponte ordered that the judgment of the district court is vacated, and the case is remanded for further consideration in light of *Lopez.*